FILED
CHARLOTTE, NC

SEP 1 4 2009

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### MISC.#

3: 09-mc-165-RJC

| | |
|---|---|
| FOR THE MATTER OF THE STATE OF | ) |
| NORTH CAROLINA SUBPOENA FOR U.S. | ) |
| PROBATION OFFICER JOEL TAYLOR | ) |

## ORDER

THIS MATTER is before the Court on request of the Chief U.S. Probation Officer for the Western District of North Carolina and arises from the issuance of a State of North Carolina Subpoena for the testimony of U.S. Probation Officer Joel Taylor and the production of government records relating to probationer Christopher James White. The testimony and production of records in this proceeding may require disclosure of information protected by the Rules of this Court and the Federal Rules of Criminal Procedure.

Now; therefore, IT IS ORDERED that U.S. Probation Officer Joel Taylor not give any pretrial, presentence or supervision information/testimony or produce any probation record relating to Christopher James White unless summoner provides this Court sufficient written justification for the need of such information, and the Court instructs the Probation Officer to release it.

This Order shall take effect immediately and shall continue until further action of this Court.

**IT IS SO ORDERED** this 14th day of September, 2009.

Robert J. Conrad, Jr.
Chief U.S. District Court Judge